## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

LARRY DIXON,              :

                         :

   Petitioner         :

                         :

   v.                :      **5:93-CR-77 (WDO)**

                         :      **5:06-CV-208 (WDO)**

UNITED STATES OF AMERICA,  :

                         :

   Respondent      :

Filed at 2:37 PM

DATE 10/31/06

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Dixon's habeas petition, and Dixon's arguments in support of his claims, the Recommendation is ADOPTED and made the order of the Court.  The habeas petition is DENIED for the reasons set forth in the Recommendation.

SO ORDERED this 31st day of October, 2006.

**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**