GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**LARRY ARMSTEAD DIXON** | Crim. No.  5:93-CR-00077-001 (TES) |

Larry Armstead Dixon has complied with the rules and regulations of supervised release, has met the early termination exception criteria as outlined by the Chief U.S. Probation Officer in the Middle District of Georgia, and is no longer in need of supervision. It is accordingly recommended Dixon be discharged from supervision.

Respectfully submitted,

Todd L. Smith
USPO - Firearms Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __Nov__, 2021.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE